| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Acosta, Raymond L | 2. Court or Organization Puerto Rico District Court | 3. Date of Report 5/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Jose V. Toledo US Cthse Bldg. 300 Recinto Sur St., Suite 348 San Juan, Puerto Rico 00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 17 A 9: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours. not spouse's) |
|---|---|---|
| 1. | Banco Popular de Puerto Rico Retirement Plan | 1194.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year. please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Alpha Three, Inc. Salary |
| 2. | |

## IV. REIMBURSEMENTS -- transportation. lodging, food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, Raymond L | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income. value. transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Stock Alpha Three, Inc. | E | Dividend | O | W | | | | | |
| 2. Caribe Federal Credit Union, Hato Rey, P.R. | A | Interest | K | T | | | | | |
| 3. Banco Santander, San Juan, P.R. | A | Interest | K | T | | | | | |
| 4. GNMA Certificates, Smith Barney, Hato Rey, P.R. | E | Interest | O | T | | | | | |
| 5. GNMA Certificates, Oriental Investment, Hato Rey, P.R. | B | Interest | L | T | | | | | |
| 6. Stock America On Line | | None | J | T | sell | 12/17 | J | T | |
| 7. Stock Martha Stewart Living | | None | J | T | sell | 12/17 | J | T | |
| 8. Stock EMC Corp. | | None | J | T | sell | 12/17 | J | T | |
| 9. Stock Advanced Micro Devices | | None | J | T | sell | 12/17 | J | T | |
| 10. Stock Amgen, Inc. | | None | J | T | sell | 12/17 | J | T | |
| 11. Stock Cisco Systems, Inc. | | None | J | T | sell | 12/17 | J | T | |
| 12. Stock Intel Corp. | | None | J | T | sell | 12/17 | J | T | |
| 13. Stock Sun Micro Systems | | None | J | T | sell | 12/17 | J | T | |
| 14. Stock Omnipoint Corp. | | None | J | T | sell | 12/17 | J | T | |
| 15. Stock Network Appliance Corp. | | None | J | T | sell | 12/17 | J | T | |
| 16. Stock Tejon Ranch Corp. | | None | K | T | sell | 12/17 | K | T | |
| 17. Stock Avista Corp. | | None | K | T | sell | 12/17 | K | T | |
| 18. Stock E-Funds | | None | K | T | sell | 12/17 | J | T | |

1. Income·Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q Appraisal    R Cost (Real Estate Only)    S = Assessment    T Cash Market
   (See Column C2)    I - Book Value    V Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell. merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Stock Trinity Biotech | | None | K | T | | | | | |
| 20. Stock Axeda Systems | | None | J | T | | | | | |
| 21. Stock I-Many, Inc. | | None | J | T | | | | | |
| 22. Stock Optical Communications Products | | None | J | T | | | | | |
| 23. First Puerto Rico Med. Notes Oriental Invest., Hato Rey, PR | A | Interest | L | T | | | | | |
| 24. GNMA Certificates - Oriental Investments, Hato Rey, PR | B | Interest | L | T | | | | | |

1. Income/Gain Codes:  A = $1.000 or less   B = $1.001-$2.500   C = $2.501-$5.000   D = $5.001-$15.000   E = $15.001-$50.000
(See Columns B1 and D4)  F = $50.001-$100.000   G = $100.001-$1,000.000   H1 = $1,000.001-$5,000.000   H2 = More than $5,000.000

2. Value Codes:  J = $15.000 or less   K = $15.001-$50.000   L = $50.001-$100.000   M = $100.001-$250.000
(See Columns C1 and D3)  N = $250.000-$500.000   O = $500.001-$1,000.000   P1 = $1,000.001-$5,000.000   P2 = $5,000.001-$25,000.000
P3 = $25.000.001-$50.000.000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Acosta, Raymond L | 5/1/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date___5/7/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544